## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR265 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VICTOR BRIONES-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR267 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN CORREA-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR268 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN OROZCO-OSBLADO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR269 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JESUS ROMAN-SORIANO, | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES OF AMERICA,     )
                                        )        8:08CR305

               Plaintiff,     )
                                          )

     vs.                )        ORDER
                                          )

ENRIQUE HURTADO-CERVANTES, )
                                          )

              Defendant.    )
_____ )

UNITED STATES OF AMERICA,     )
                                        )        8:08CR221

               Plaintiff,     )
                                          )

     vs.                )        ORDER
                                          )

GONZALO GAONA-LOZANO,       )
                                          )

              Defendant.    )
_____ )

UNITED STATES OF AMERICA,     )
                                        )        8:08CR266

               Plaintiff,     )
                                          )

     vs.                )        ORDER
                                          )

GABRIEL CHAPARRO,           )
                                          )

              Defendant.    )

The government having moved to join these cases for trial (Filing No. 24 in case 8:08CR265; Filing No. 41 in case 8:08CR267; Filing No. 27 in case 8:08CR268; Filing No. 28 in case 8:08CR269; Filing No. 18 in case 8:08CR305; Filing No. 35 in case 8:08CR221; Filing No. 24 in case 8:08CR266) and having filed its brief in these matters on November 4, 2008, each of the above-named defendants shall have **until November 13, 2008**, in which to file a response to the motion and brief.

     **IT IS SO ORDERED.**

     DATED this 5th day of November, 2008.

                         BY THE COURT:

                         s/Thomas D. Thalken
                         United States Magistrate Judge